UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                            Case No. 09-03072

    SANDRA E SALAZAR

    Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/31/2009.

2) The plan was confirmed on 05/15/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/24/2009, 06/18/2010.

5) The case was dismissed on 08/27/2010.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,540.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $6,540.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $82.55 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $360.42 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $442.97

Attorney fees paid and disclosed by debtor: $321.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE MEDICAL GROUP | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Secured | 20,877.43 | 20,877.43 | 20,877.43 | 5,097.78 | 999.25 |
| AMERICAN PROFIT RECOVERY | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 1,109.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AT&T WIRELESS | Unsecured | 787.55 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | 958.47 | 958.47 | 0.00 | 0.00 |
| BEGINNER READERS | Unsecured | 59.92 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES INPATIENT CARE | Unsecured | 21.10 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 210.80 | 121.02 | 121.02 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 753.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| COLLECT AMERICA | Unsecured | 1,298.00 | 1,795.55 | 1,795.55 | 0.00 | 0.00 |
| COLLECTCORP | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 666.19 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 564.00 | 1,114.41 | 1,114.41 | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 543.00 | 983.22 | 983.22 | 0.00 | 0.00 |
| ER SOLUTIONS INC | Unsecured | 834.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| HBLC INC | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SERV | Unsecured | 466.00 | 465.89 | 465.89 | 0.00 | 0.00 |
| INSURE ON THE SPOT | Unsecured | 112.69 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| LEE BOMGAARS DDS | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| MAGE & PRICE | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| MARAUDER CORPORATION | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 811.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MONTEREY FINANCIAL SVCS | Unsecured | 1,050.00 | 2,010.23 | 2,010.23 | 0.00 | 0.00 |
| MOST FUNDING II LLC | Unsecured | 565.00 | 229.53 | 229.53 | 0.00 | 0.00 |
| MOST FUNDING II LLC | Unsecured | 315.00 | 526.38 | 526.38 | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 2,215.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ENTERPRISE SYSTEM | Unsecured | 398.43 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,265.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| NCS CORP | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| NIKO CREDIT SERVICES | Unsecured | 4,500.00 | 7,704.39 | 7,704.39 | 0.00 | 0.00 |
| NORTHGATE LUXURY APTS | Unsecured | 1,565.00 | NA | NA | 0.00 | 0.00 |
| OB GYNE ASSOC OF LAKE FOREST | Unsecured | 4,945.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 451.00 | 1,021.84 | 1,021.84 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 909.00 | 909.27 | 909.27 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 354.00 | 454.50 | 454.50 | 0.00 | 0.00 |
| PRIVATE SCHOOL AID SERVICE | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 79.00 | 79.54 | 79.54 | 0.00 | 0.00 |
| RMCB | Unsecured | 27.88 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 340.00 | 339.87 | 339.87 | 0.00 | 0.00 |
| RWDS | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 615.00 | 171.13 | 171.13 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 994.00 | 994.58 | 994.58 | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 416.78 | 58.78 | 58.78 | 0.00 | 0.00 |
| TCF BANK | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| THIS LITTLE LIGHT OF MINE | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 500.50 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 611.00 | NA | NA | 0.00 | 0.00 |
| XM SATELLITE RADIO | Unsecured | 27.90 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $20,877.43 | $5,097.78 | $999.25 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,877.43** | **$5,097.78** | **$999.25** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,938.60** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $442.97 |
| Disbursements to Creditors | $6,097.03 |
| **TOTAL DISBURSEMENTS** : | **$6,540.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/01/2010      By: /s/ Glenn Stearns
                                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**